








```
CGL    9/28/04    9:43
3:04-CV-01882   HANSON V. HUNTINGTON LEARNING
*3*
*APPL.*
```

Robert L. Purvin, Esq. (SBN 56021)
3500 Fifth Avenue, Suite 103
San Diego, CA 92103
619-209-3775
Attorney for Plaintiffs

FILED

04 SEP 27 PM 12:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER L. HANSON, an individual; MARSHA A. HANSON, an individual; and FUTUREDGE, L.L.C., a California Limited Liability Company.<br><br>Plaintiff,<br><br>v.<br><br>HUNTINGTON LEARNING CENTERS, INC. and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 04CV1882 LAB (BLM)<br><br>NOTICE OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE.<br><br>Date: October 1, 2004<br>Time: 10:00 a.m.<br>Courtroom: 9<br>Judge: Hon. Larry Alan Burns |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On Friday, October 1, 2004 at 10:00 a.m., Plaintiffs, PETER L. HANSON, MARSHA A. HANSON, and FUTUREDGE, L.L.C., will appear through counsel in Courtroom 9, of the above

Notice of Ex Parte Application

1  entitled Court before the Honorable Larry Alan Burns, United States District Court Judge, to
2  apply for a Temporary Restraining Order and an Order Show Cause Why a Preliminary
3  Injunction Should Not Issue on _____, 2004 at _____ p.m., or as soon thereafter
4  
5  as the matter may be heard, in Courtroom 9 of the above-entitled Court, located at 940 Front
6  Street, San Diego, California 92101.

7        This Ex Parte Application will be based upon this Notice, the supporting Memorandum
8  of Points and Authorities, the Verified Complaint on file in this action, Declaration of Robert L.
9  Purvin, Jr., all pleading and records on file in this action, such matters of which the Court may
10 
11 properly take judicial notice, and such further documentary and oral evidence as may be
12 presented at the time of hearing.

13       At the Ex Parte Hearing Plaintiffs will move the Court for:

14 1.   An order temporarily staying the expiration date of the Poway Agreement pending a
15 
16       hearing on the Order to Show Cause.

17 2.   Ordering Defendant, Huntington Learning Centers, Inc., to appear and show cause, no
18       later than 21 days from the entry of the temporary restraining order, why a preliminary
19       injunction should not issue staying the expiration date of that certain franchise agreement
20       dated September 27, 1994 between Huntington Learning Center, Inc. and PETER L.
21 
22       HANSON, MARSHA A. HANSON, and FUTUREDGE, L.L.C., (the Poway Agreement)
23       pending determination of this dispute on the merits, enforcing the mediation clause in the
24       Irvine Agreement, and an order of this Court declaring that proper jurisdiction and venue
25       of this dispute is in California pursuant to Business and Professions Code § 20040.5; and,
26 ///
27 ///
28

Notice of Ex Parte Application             2

3. Other and further relief as the Court deems just and proper.

Date: \_\_\_\_\_9/27\_\_\_\_\_, 2004

_____
Robert L. Purvin, Jr.
Attorney for Plaintiffs

Notice of Ex Parte Application                3